# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00165-CV

### NCM Acquisitions, LLC, Appellant

### v.

### Thomas Dwayne Odell, Appellee

### FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
### NO. 14-1972, HONORABLE GARY L. STEEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant NCM Acquisitions, LLC has filed a motion to dismiss the appeal, which contains a certificate of counsel averring that Thomas Dwayne Odell does not oppose the motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Bourland

Dismissed on Appellant's Motion

Filed:   May 8, 2015